IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY A. ORTIZ, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br>DOCTORS MEDICAL GROUP, et al.,<br><br>          Defendants. | CV-F-03-6541 AWI SMS<br><br>ORDER DENYING MOTION<br>FOR SUMMARY JUDGMENT<br>AS MOOT<br><br>(Document #39) |

      On April 22, 2005, Defendant Doctors Medical Group moved for summary judgment in this action.  The parties then stipulated to continue numerous dates in this action.  On December 9, 2005, the parties informed the court that Plaintiff and Defendant Doctors Medical Group had reached a settlement in this action.  On December 13, 2005, the Clerk of the Court notified the parties that Plaintiff and Defendant Doctors Medical Group must file dispositional documents by March 13, 2005.   No dispositional documents have been filed.

      An administrative review of the docket in this action reveals that Defendant Doctor Medical Group's motion for summary judgment has been administratively termed as an outstanding motion.  This motion has become moot because the parties have resolved this case as to Defendant Doctors Medical Group.  This court cannot maintain a pending motion on the court's docket any longer regardless of the fact Defendant Doctors Medical Group has not been formally dismissed from this case.

Accordingly, the court ORDERS that Defendant Doctors Medical Group's motion for summary judgment is DENIED without prejudice as moot.

IT IS SO ORDERED.

**Dated:     March 21, 2006**                              **/s/ Anthony W. Ishii**
0m8i78                                                                    UNITED STATES DISTRICT JUDGE