IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY A. ORTIZ, JR., a minor by and through his Guardian ad Litem, ARACELI CERVANTES ORITZ,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>UNITED STATES OF AMERICA, and DOCTORS MEDICAL CENTER,<br><br>　　　　　　　Defendants. | CIV F 03-6541 AWI SMS<br><br>ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION |

　　Currently pending before this Court is Defendant United States's Rule 12(b)(1) motion to dismiss, or in the alternative summary judgment. This motion is set for hearing on December 18, 2006, at 1:30 p.m. The court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).

　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 18, 2006, is VACATED, and the parties shall not appear at that time. As of December 18, 2006, the Court will take Defendant's motion to dismiss under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　December 13, 2006　　　　　　　／s／ Anthony W. Ishii
0m8i78　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE