# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY A. ORTIZ, JR., a minor by and through his Guardian ad Litem, ARACELI CERVANTES ORITZ,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, and DOCTORS MEDICAL CENTER,<br><br>    Defendants. | CIV F 03-6541 AWI SMS<br><br>ORDER REASSIGNING CASE |

On February 23, 2007, the above case was inadvertently transferred to District Judge Lawrence J. O'Neill. Accordingly, it is hereby ordered that this case is transferred from District Judge Lawrence J. O'Neill back to District Judge Anthony W. Ishii.

IT IS SO ORDERED.

Dated:   March 2, 2007            /s/ Anthony W. Ishii
0m8i78                         UNITED STATES DISTRICT JUDGE