1  Jin Lew
   Michels & Watkins
2  11755 Wilshire Boulevard, Suite 1300
   Los Angeles, California 90025
3  (310) 444-1200
   (310) 444-1211 (fax)
4
   Attorneys for Harry Ortiz, a minor,
5  by and through his Guardian Ad Litem,
   Araceli Cervantes Ortiz
6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | Harry Ortiz, a minor, by and through his     | Case No. CIV F-03-6541 AWI/SMS
   | Guardian ad Litem, Araceli Cervantes Ortiz   |
12 |                                              | ORDER GRANTING PETITION FOR
   | vs.                                          | APPROVAL OF COMPROMISE OF
13 |                                              | DISPUTED CLAIM OF MINOR
   | United States of America and Doctors         |
14 | Medical Center                               | Date: 7/27/07
   |                                              | Time: 10:00 a.m.
15

16      The Petition for Approval of Compromise of Disputed Claim of Minor (the

17 "Petition") brought by Petitioner, Araceli Cervantes Ortiz, Guardian ad Litem for Harry Ortiz,

18 came on regularly for hearing on July 27, 2007 in Department above-entitled Court, the Honorable

19 Sandra Snyder, Judge Presiding. Petitioner was represented by the Law Offices of Michels &

20 Watkins, by Jin Lew. There were no other appearances, and no objections.

21      The Court having considered the verified Petition, and good cause appearing from

22 the facts set forth therein, IT IS DETERMINED, ADJUDGED AND DECREED AS FOLLOWS:

23      1.   The compromise and settlement set forth in the Petition are approved. That

24

25

26

27                                        1

   Order Approving Compromise of Disputed Claim, etc.
28

settlement provides for payment by the United States of America of $1,475,000 and $25,000.00 by Modesto Medical Center in consideration of a dismissal with prejudice and a full release from all plaintiffs, which is allocated as follows:

>   A.   $250,000 to the parents of Harry Ortiz for the waiver of their prospective claims for the wrongful death of their son.
>
>   B.   $1,225,000 for the benefit of Harry Ortiz, to be used in the manner described below.

The following items of expense are ordered to be paid out of the $1,225,000 attributable to Harry Ortiz:

| | |
|---|---|
| Attorneys fees (25%) to Michels & Watkins in the amount of: | $368,750.00 |
| Costs to Michels & Watkins in the amount of: | $145,955.62 |
| Medi-Cal lien to the Department of Health Services in the amount of: | $138,724.66 |
| John A. Payne, Jr. for preparation of the Trust | $4,400.00 |
| Total Deductions | $657,830.28 |

   2.   The Guardian Ad Litem is authorized to execute full releases, dismissals with prejudice, and any other appropriate documents.

   3.   The establishment of the Harry Ortiz Special Needs Trust (the "Trust") is in the best interests of Harry Ortiz, all of its terms and provisions are approved, and the Trust is authorized under the provisions of Probate Code Sections 3600 et seq. Wells Fargo Bank is appointed Trustee of the Trust, and is authorized to execute the Trust. The net proceeds of the settlement attributable to Harry Ortiz, in the amount of $567,169.72 shall be paid to Wells Fargo Bank, as Trustee of the Trust.

Order Approving Compromise of Disputed Claim, etc.

4.  Harry Ortiz has a disability that substantially impairs his ability to provide for his own care or custody and constitutes a substantial handicap. Harry Ortiz is likely to have special needs that will not be met without the Trust. They money to be paid to the Trust does not exceed the amount that appears reasonably necessary to meet the special needs of Harry Ortiz.

5.  The Trust shall be subject to the provisions and requirements of California Probate Code Sections 3604 and 3605.

6.  The Trust shall be subject to the continuing jurisdiction of the Superior Court for the County of Fresno. Court accountings shall be filed by the Trustee at the end of the first year of administration, and biennially thereafter, unless earlier requested by the Trustee or other interested parties. The compensation of the Trustee is subject to review and determination by the Court, but the Trustee is authorized to make periodic payments to itself on account in the amount specified in its special needs trust fee schedule in existence from time to time. The Trustee may pay agents and advisors and other expenses, except that compensation paid to the Trustee's attorneys shall be subject to prior Court approval. Pursuant to Probate Code § 2574(c) and Financial Code § 1561.1, the trustee may invest in mutual funds, including proprietary mutual funds.

7.  All statutory liens in favor of the State Department of Health Services, the State Department of Mental Health, the State Department of Developmental Services, and any county and city and county in this state shall first be satisfied before payment to the Trust.

Dated:

                                      _____
                                      Sandra Snyder,
                                      Judge of the United States District Court

**PROOF OF SERVICE**
ORTIZ v. DOCTOR'S MEDICAL CENTER, et al.
CIV-F-03-6541AWI SMS

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to this action; my business address is 924 Westwood Boulevard, Suite 1050, Los Angeles, California 90024-2931. On July 11, 2007, I served the following document(s) described as ORDER ON PETITION FOR APPROVAL OF COMPROMISE OF DISPUTED CLAIM OF MINOR on the interested parties in this action as follows:

☒ by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as stated on the attached service list.

☐ by placing ☐ the original ☐ a true copy thereof enclosed in sealed envelopes addressed as follows:

SEE ATTACHED SERVICE LIST

☒ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT COURIER**

☐ **BY FAX:** I transmitted a copy of the foregoing document(s) this date via telecopier to the facsimile numbers shown above.

☐ **BY PERSONAL SERVICE:** I personally delivered such envelope by hand to the offices of the addressee(s).

☐ [State] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ [Federal] I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 11, 2007, at Los Angeles, California.

_____
JILL KUBA

ORTIZ v. DOCTOR'S MEDICAL CENTER, et al.
CIV-F-03-6541

## SERVICE LIST

| | |
|---|---|
| Bradley Briegleb, Esq.<br>Daniela P. Stoutenburg, Esq.<br>**DUMMIT, BRIEGLEB, BOYCE & BUCHHOLZ**<br>1661 Garden Highway<br>Sacramento, ca 95833-9706<br><br>Ortiz, 01-267 | Business: (916)929-9600 *Sheryl*<br>Fax: (916)927-5368<br><br>**(Tenet Health System Hospital, Inc. dba/sued as Doctor's Medical Center)** |
| William Ginsburg, Esq.<br>**COTKIN, COLLINS & GINSBURG**<br>300 South Grand Avenue, 24th Floor<br>Los Angeles, CA 90071<br><br>Ortiz, 01-267 | Business (213) 688-9350<br>Fax (213) 688-9351<br><br>**Co-counsel**<br>**(Tenet Health System Hospital, Inc. dba/sued as Doctor's Medical Center)** |
| McGregot W. Scott, Esq.<br>United States Attorney<br>Deborah G. Luther, Esq.<br>Assistant U.S. Attorney<br>Eastern District of California<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br><br>Ortiz, 01-267 | Business (916)554-2700<br>Fax (916)554-2900<br><br>**(The United States of America; Silvia M. Diego)** |
| Director of Health Services<br>P.O. Box 997415<br>Sacramento, CA 95899-7415<br><br>Ortiz, 01-267 | |
| Director of Mental Health<br>1600 Ninth Street<br>Sacramento, CA 95814<br><br>Ortiz, 01-267 | |
| Director of Developmental Services<br>1600 Ninth Street, Room 240<br>Sacramento, CA 95814<br><br>Ortiz, 01-267 | |