

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY A. ORTIZ, JR., a minor by and through his Guardian ad Litem, ARACELI CERVANTES ORTIZ,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, DOCTORS MEDICAL CENTER, SILVIA M. DIEGO, M.D., and DOES 1-10,<br><br>Defendants. | No. CIV F-03-6541 ▨/SMS<br><br>ORDER APPROVING SETTLEMENT ON MINOR'S BEHALF AND DISMISSING SILVIA M. DIEGO, M.D., AS A PARTY DEFENDANT IMMUNE FROM SUIT PURSUANT TO 42 U.S.C. § 233(a) |

On this 27th day of July, 2007, the above-referenced matter came on for hearing and approval by the Court as to the reasonableness of a settlement amongst Harry A. Ortiz, Jr., a minor by and through his Guardian ad Litem, Araceli Cervantes Ortiz, the United States of America, and Tenet HealthSystem Hospitals, Inc., dba Doctors Medical Center-Modesto (hereinafter Doctors Medical Center).

Plaintiff Harry A. Ortiz, Jr., a minor, appeared through his counsel of record and his guardian ad litem. Plaintiff's parents, Harry Ortiz and Araceli Cervantes Ortiz, appeared in person and through counsel of record. Defendants the United States of America and Doctors Medical Center appeared through their respective counsel of record.

The complete and precise terms and conditions of the settlement between plaintiffs and

the United States are set forth in the Stipulation For Compromise Settlement And Release Of Federal Tort Claims Act Claims Pursuant To 28 U.S.C. § 2677 (hereinafter "Stipulation"), attached as Exhibit "A". Doctors Medical Center will contribute an additional $25,000 in exchange for a release and dismissal with prejudice. A copy of the Release is attached as Exhibit "B".

The Court has reviewed the Stipulation, taken testimony, and heard arguments in favor of this settlement. The Court is fully informed of the specifics of the full and final terms and conditions of the settlement between the plaintiffs and the United States, including the necessity of the approval by the Attorney General of the United States, state court approval of the settlement on behalf of the siblings of Harry A. Ortiz, Jr., and the availability of sufficient funds in the account established pursuant to 42 U.S.C. § 233(k) to pay in its entirety the settlement amount agreed upon by the United States.

The Court finds that the terms and conditions of this settlement, as set forth in the Stipulation and the Release as represented by the parties, are fair, reasonable, and in the best interests of Harry A. Ortiz, Jr., the minor plaintiff. IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that:

1. The settlement, as set forth in Exhibit A and the Release between plaintiffs and Doctors Medical Center, as set forth in Exhibit B, is hereby approved. It is further Ordered that the parents of Harry A. Ortiz, Jr., a minor, and Araceli Cervantes Ortiz, as the Guardian Ad Litem, are authorized and required to sign the Stipulation and the Release, and any other documents that are necessary to consummate this settlement on behalf of Harry A. Ortiz, Jr., a minor.

2. The settlement amount of $1,450,000.00 (hereinafter "settlement amount") shall be distributed according to the terms and conditions of the Stipulation, with an additional amount of $25,000 to be paid by Doctors Medical Center. With respect to any settlement check made payable to the named Plaintiff pursuant to the Release between plaintiffs and Doctors Medical Center, the Court Orders the Plaintiff to endorse said check over to his attorneys to be deposited

1  by the attorneys in their client trust account to be used to pay the attorneys' fees, costs, and
2  expenses herein approved and to pay any lien or claim for payment or reimbursement.
3      3. With respect to the United States' portion of the settlement, attorneys' fees shall not
4  exceed twenty-five percent (25%) of the settlement amount and shall be paid as provided in the
5  Stipulation. Plaintiff requests attorneys' fees in the amount of $368,750.00, representing 25% of
6  the total settlement ($1,450,000.00 plus $25,000.00) and the Court hereby approves attorneys'
7  fees in the amount of $ 368,750.00, as fair, reasonable and necessary. Plaintiff claims
8  costs and expenses associated with the litigation in the amount of $ 150,355.62* and the
9  Court hereby approves costs and expenses in the amount of $ 150,355.62*, as fair,
10 reasonable, and necessary. It is hereby Ordered that such costs and expenses are approved and
11 are to be paid as provided in the Stipulation. The Court finds that Plaintiff is legally responsible
12 for any and all past, present, and future liens or claims for payment or reimbursement, including
13 but not limited to any liens or claims for payment or reimbursement by Medicaid/MediCal,
14 Medicare, or other healthcare providers. Pursuant to an agreement between plaintiffs and the
15 State of California, the final MediCal lien is $138,724.66. The Court hereby approves payment
16 of this lien and Orders Plaintiff to pay the lien in its entirety. The Court also Orders Plaintiff, by
17 and through his attorneys, to satisfy or resolve any and all such past, present, and future liens or
18 claims for payment or reimbursement asserted by any individual or entity, including but not
19 limited to Medicaid/MediCal, Medicare, or other healthcare providers. Plaintiff and his attorneys
20 are further Ordered to provide to the United States the information required by the Stipulation
21 regarding the satisfaction or resolution of such liens or claims for payment or reimbursement
22 within the time specified in the Stipulation.
23     4. With respect to the settlement amount paid by the United States, $250,000.00 of that
24 amount shall be distributed to Plaintiff's parents (Harry Ortiz and Araceli Cervantes Ortiz) and
25 minor siblings (Ezequiel Ortiz, Joel Ortiz, Armando Ortiz, and Luis Agusto Ortiz) for the waiver
26 and release of all past, present, and future claims, including claims for the wrongful death of their
27 son and brother, respectively, they have or may have in the future, and further, in the parents'
28

3


* Consisting of costs to Michels & Watkins ($145,955.62) and payment to John A. Payne ($4,400.00)

1  case, as reimbursement for their past, present, and future extraordinary services provided to or on
2  behalf of Harry A. Ortiz, Jr.

3  5. Plaintiff, upon final execution of the Stipulation and the Release, and within ~~five~~ 20 calendar
4  ~~business~~ days after receipt of the settlement check as provided in the Stipulation, shall file a
5  motion with the Court for the entry of an Order dismissing this action with prejudice, with each
6  party to the action bearing its own fees, costs, and expenses.

7  6. The Court also reviewed Plaintiff's Petition to establish a Special Needs Trust for
8  Plaintiff's benefit from a portion of the settlement proceeds and has ruled on this Petition in a
9  separate order.

10  7. Plaintiff hereby dismisses defendant Silvia M. Diego, M.D., with prejudice as the
11  United States is the sole proper federal defendant under 42 U.S.C. § 233.

Dated: 8/29/07

SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE

4

APPROVED AS TO FORM AND CONTENT:

_____
McGREGOR W. SCOTT
United States Attorney
KURT A. DIDIER
KIRK E. SHERRIFF
Assistant United States Attorneys
Attorneys for Defendant,
United States of America


_____
ARACELI CERVANTES ORTIZ
Guardian Ad Litem for Harry A. Ortiz, Jr., a minor


_____
PHILIP MICHELS. Esq.
JIN N. LEW, Esq.
Law Offices of Michels & Watkins
Attorneys for Plaintiff, Harry Ortiz
and Araceli Cervantes Ortiz, the
parents of Harry A. Ortiz, Jr.


_____
DANIELA P. STOUTENBURG, Esq.
Dummit, Briegleb, Boyce & Buchholz
Attorneys for Defendant, Tenet HealthSystem Hospitals, Inc.
dba Doctors Medical Center-Modesto

5