01-267
**PHILIP MICHELS, ESQ. (Bar No. 57802)**
**SHIRLEY K. WATKINS, ESQ. (Bar No. 106462)**
**STEVEN B. STEVENS, ESQ. (Bar No. 106907)**
**LAW OFFICES OF MICHELS & WATKINS**
**11755 Wilshire Blvd., Suite 1300**
**Los Angeles, California 90025**
**310/444-1200**

**Attorneys for Plaintiff(s)**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| HARRY A. ORTIZ, JR., a minor by and through his Guardian ad Litem, ARACELI CERVANTES ORTIZ,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA; DOCTORS MEDICAL CENTER; SILVIA M. DIEGO, M.D., AND DOES 1-10,<br><br>    Defendants. | CASE NO. 1:03-cv-06541 SMS<br><br>[Complaint Filed: 11-3-2003]<br><br>**STIPULATION FOR DISMISSAL OF ACTION AND COURT ORDER THEREON** |

1  The parties hereto, by and through their respective attorneys of record, having settled
2  this matter, hereby agree and stipulate to dismiss the above-captioned action in its entirety with
3  prejudice pursuant to Fed. Rules of Civ. Proc., Rule 41.

5  It is so stipulated

7  Dated: January 29, 2008     LAW OFFICES OF MICHELS & WATKINS

9                              /s/ Jin N. Lew
                                _____
10                              JIN N. LEW
                                Attorneys for Plaintiff(s)

11 Dated: January 30, 2008     DUMMIT, BRIEGLEB, BOYCE & BUCHHOLZ

13                              /s/ Daniela P. Stoutenburg
                                _____
14                              DANIELA P. STOUTENBURG, ESQ.
                                Attorney for Tenet Health System Hospital, Inc.
15                              dba/sued as Doctor's Medical Center

17 Dated: January 25, 2005     OFFICE OF THE UNITED STATES ATTORNEY

19                              /s/ McGregor W. Scott
                                _____
20                              McGREGOR W. SCOTT
                                United States Attorney
21                              KURT A. DIDIER
                                KIRK E. SHERRIFF
22                              Assistant United States Attorneys
                                **Attorneys for Defendant, United States of America**

# ORDER

Pursuant to the stipulation set forth above, it si hereby ordered that the action entitled HARRY A. ORTIZ, JR., a minor by and through his Guardian ad Litem, ARACELI CERVANTES ORTIZ, v. UNITED STATES OF AMERICA; DOCTORS MEDICAL CENTER; GOLDEN VALLEY HEALTH CENTER, et al., Case No. 1:03-cv-06541 SMS is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

**Dated:   February 1, 2008**               /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE

K:\SMS\To_Be_Signed\06cv06541.stipo.Ortiz.dismissal.wpd   *STIPULATION FOR DISMISSAL OF ACTION AND COURT ORDER THEREON*